M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

__WAYMON GEORGE PETERSON__
Full name and prison name of
Plaintiff(s)

v.

__City of Dothan__
__MAMIE GRUBBS__
__DAVID LEWIS__
__BELINDA ROBINSON__
__PATRICK JONES, Shereer Jones, Terry__
__JERRY M. WHITE__
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. __1:08 CV 62-MEF__
(To be supplied by Clerk of U.S. District Court)

Jury Trial

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☒ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) __WAYMON PETERSON__

Defendant(s) __CITY OF DOTHAN__

2. Court (if federal court, name the district; if state court, name the county) __THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA__

SCANNED
PSR 1-29-08

3. Docket number **Post-Conviction petition, Rule 32**
4. Name of judge to whom case was assigned **N/A**
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) **Pending**
6. Approximate date of filing lawsuit **12-11-07**
7. Approximate date of disposition **N/A**

II. PLACE OF PRESENT CONFINEMENT **Dothan City Jail, Dothan, Alabama**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ~~Dothan~~ **Circuit Court of Houston County, Al.**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | City of Dothan | P.O. Box 2128, Dothan, Al. 36303 |
| 2. | Mamie Grubbs | 210 N. Saint Andrews St, Dothan, Al. 36303 |
| 3. | David Lewis | 210 N. Saint Andrews St, Dothan, Al. 36303 |
| 4. | Belinda Robinson | 210 N. Saint Andrews St, Dothan, Al. 36303 |
| 5. | Patrick Jones; Sher. Jones,Tory | 335 W. Main St. Dothan, Al. 36303 |
| 6. | Jerry M. White | P.O. Drawer 6406, Dothan, Al. 36303 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **January 24, 2007**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Defedants Violated ___ Amendmet Rights by Conspiring to wrongly convict which constituted Malicious prosecution**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Jan. 24, 2007 Kevan Kelly, Attorney for the City of Dothan, Alabama, subornated perjury, when calling witness to fabricate testimony. The City of Dothan also offered evidence, that had been changed, to the record. Ignored disiplinary Procedure

GROUND TWO: Defendant's Counsel, Patrick Jones, provided ineffective assistance of Counsel

SUPPORTING FACTS: Att. Patrick Jones, in conspiring with City of Dothan's cause, intentionally failed to present evidence that was damaging to City of Dothan's case. Jones also made a farce of cross-examination with leading questions that undermined his client's case durig trial on 1-24-07

GROUND THREE: Violation of sixth Amend. Right to Confrontation

SUPPORTING FACTS: On Jan. 24, 2007 Judge Jerry White became an advocate for the State prosecutor when he denied defendant's right to confront witness against him and continue to demonstrate his biasness against Waymon Peterson when Peterson filed civil action stemming from the afore-mentioned case, as Judge White denied Peterson's application for indigent status

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

1) Plaintiff seeks to have sentence vacate
2) Plaintiff seek to be compensated for damages and punitive award
3) Plaintiff request that Order be issued to appropriate law enforcement Agency to investigate and prosecute for crimminal liability of defendants

Waymon M. Peterson
Signature of plaintiff(s)       Pro-Se

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1-23-08
                (Date)

Waymon Peterson
Signature of plaintiff(s)       Pro-Se