AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Waymon Peterson                District of  Middle District of Alabama

Plaintiff

v.

City of Dothan

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:08CV62-MEF

I, Waymon G. Peterson, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Dothan City Jail, Dothan, AL.

   Are you employed at the institution? _____  Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☒ Yes    ☐ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☒ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   3) Mother and sister helps with bills in that by disability check isn't enough to cover them recieves $285.20 from social security

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.  about $80.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.  N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

   Waymon Peterson   $200. Rent, utilities - $140.00

I declare under penalty of perjury that the above information is true and correct.

1-23-08                    Waymon A. Bluier                 Pro-Se
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Officer refused to reply to request for statement

$15.00 on books

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: February 16, 2007
Claim Number: ███████ HA

EMMA COLEMAN FOR
WAYMON G PETERSON JR
909 LINDEN ST
DOTHAN AL 36303-4248

As WAYMON PETERSON JR requested, beginning February 2007 any Social Security payments will be sent to the financial institution he selected. In order for us to send letters to him, please let us know if his mailing address changes.

## What We Will Pay And When

- You will receive $285.20 for February 2007 around March 2, 2007.

- After that you will receive $285.20 on or about the third of each month.

## If You Change Your Account

Please tell us if WAYMON PETERSON JR changes the financial institution or account where his payments are going. Also, WAYMON PETERSON JR should keep the old account open until the first benefit payment is credited to his new account. It usually takes 1 to 2 months to process the change.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-800-962-8726. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1778 WHATLEY DRIVE
DOTHAN, AL 36303

C                              See Next Page