IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON



| | |
|---|---|
| WAYMON GEORGE PETERSON, ) | 1:08CV62-MEF |
| Plaintiff, ) | 1: CV-62-MEF |
| ) | (WO) |
| V. ) | |
| CITY OF DOTHAN et al., ) | JURY TRIAL REQUESTED |
| Defendants. ) | |

## PLAINTIFF'S OBJECT TO RECOMMEDATION OF MAGISTRATE JUDGE

COMES NOW, the Plaintiff in the above styled cause, by and through himself and Enters his OBJECTION to the recommendation rendered against him on the 31th day of January 2008, recommending the dismissal of the above styled case.

In support of his Objection the Plaintiff will rely on the attached ameddment / Memorandum.

DONE THIS 7th DAY OF FEBUARY, 2008.

Respectfully Submitted,
Waymon A. Peterson, Pro Se
904 Linden St.
Dothan, Alabama 36305

Waymon G. Peterson
904 Linden Street,
Dothan, Alabama 36303

7007 0220 0002 7393 4198

U.S. POSTAGE PAID
DOTHAN, AL
36302
FEB 08, '08
AMOUNT
$5.94
00038434-01

**RETURN RECEIPT REQUESTED**

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama
36101-0711