```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003897
Cashier ID: khaynes
Transaction Date: 02/14/2008
Payer Name: CITY OF DOTHAN
------------------------------------
PLRA CIVIL FILING FEE
  For: WAYNEMON GEORGE PETERSON
  Case/Party: D-ALM-1-08-CV-000062-001
  Amount:         $6.00
------------------------------------
CHECK
  Check/Money Order Num: 212254
  Amt Tendered:  $6.00
------------------------------------
Total Due:       $6.00
Total Tendered:  $6.00
Change Amt:      $0.00
```